IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LOUIS D. DICKERSON,            )
                               )
        Plaintiff,             )
                               )
    v.                         ) Civil Action No. 04-1418-SLR
                               )
JOHN BAKER, and ALLEN ADAMS,   )
                               )
        Defendants.            )

**AUTHORIZATION**

FILED

MAR 21 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Louis D. Dickerson, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _February 15_, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _2-22-05_, 2005.

_Louis Dickerson_
Louis D. Dickerson

court

FORM #584

GRIEVANCE FORM

RECEIVED MAR 2 U.S. DISTRICT COURT DISTRICT OF DELAWARE

FACILITY: S.C.I.   DATE: 9-10-04

GRIEVANT'S NAME: Louis Dickerson   SBI#: 283655

CASE#: _____   TIME OF INCIDENT: 4:30 pm Apot

HOUSING UNIT: MSB-SCU-C-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I was called for blood testing and I asked the nurse why y'all taking my damn blood too much I never used the "F" word during the whole incident. C/O Baker slap me in the face 3 times then he grab me around the neck then when I tried to look at his name he put more pressure around my neck I almost choke then C/O Adam tried to put a can of mace in my face

ACTION REQUESTED BY GRIEVANT: I went there stay from me before they hurt me I'm filin' grievance for legal reason I want to file charges

GRIEVANT'S SIGNATURE: Louis Dickerson   DATE: 9-10-04

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV   exhibit A



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUIS D. DICKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1418-SLR |
| | ) |
| JOHN BAKER, and ALLEN ADAMS, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR RECONSIDERATION**

WHEREAS, the plaintiff, Louis D. Dickerson, SBI #263655 is a prisoner incarcerated at the Sussex Correctional Institution in Georgetown, Delaware, and on November 4, 2004, the plaintiff filed a complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on November 30, 2004, this Court granted the plaintiff leave to proceed in forma pauperis and ordered him to file a certified copy of his trust account summary for the six month period preceding the filing of the complaint within thirty (30) days from the date the order was sent, or the case would be dismissed (D.I. 4);

WHEREAS, on January 18, 2005, this Court dismissed the plaintiff's complaint because the required documents were not filed within the time provided (D.I. 5);

WHEREAS, on February 10, 2005, the Court received a certified copy of the plaintiff's trust account summary for the six month period preceding the filing of the complaint, attached to a copy of the Court's dismissal order dated January 18, 2005 (D.I. 6);

WHEREAS, the Court construes the filing of plaintiff's certified copy of his trust account summary, along with a copy of the Court's order dated January 18, 2005, as a motion for reconsideration;

THEREFORE, at Wilmington this 15th day of February, 2005, IT IS ORDERED that:

1. The plaintiff's request is GRANTED. The Clerk of the Court shall reopen this case. The plaintiff is reassessed the filing fee of $150.

2. The Court has determined that the **plaintiff has no assets and no means to pay the initial partial filing fee, nevertheless, any money the plaintiff later receives will be collected in the manner described below.**

3. The plaintiff shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward all payments required by 28 U.S.C. § 1915(b)(2) to the Clerk of the Court. **FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN THIRTY DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION.**

4. The plaintiff shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's prison trust account and absent further order of the Court, the Warden or other appropriate official at the Sussex Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall forward payments from his account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fee is paid. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

5. Pursuant to 28 U.S.C. § 1915(g), if plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny plaintiff leave to proceed *in forma pauperis* all future suits filed without prepayment of the filing fee, unless the Court determines that plaintiff is under imminent danger of serious physical injury.

DATED: 2/15/05

_____
United States District Judge