3-24-05
Date

04-1418 SLR

To Clerk
US District Court
RE. Dickerson V. John Baker
Allen Adams
CA No # 04-1418

I would like the docket to case #
to 04-1418

My name is Louis Dickerson

Louis Dickerson

FILED
APR 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Louis Dickerson
SBI# 00263655 UNIT 23-0-L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail
U.S.M.
X-RAY

Peter D. Dalleo Clerk
U.S. District court
844 King st Lock box 18
Wilmington Delaware
19801-3570