OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 11, 2005

TO: Louis Dickerson
SBI #263655
DCC

RE: *Request for Copywork; CA 04-1418 SLR*

Dear Mr. Dickerson:

    A letter has been received by the Clerk's office from you requesting a copy of the docket from the above mentioned case.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. The docket sheet for the above mentioned case is 2 pages ($1.00). **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson; CA 04-1418 SLR